FILED

OCT 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:25CR-0511 |
| ) | Title 18, United States Code, |
| TIMOTHEY MCCRARY, ) | Sections 1343 and 2314 |
| ) | |
| Defendant. ) | JUDGE BOYKO |

COUNT 1
(Interstate Transportation of Stolen Goods, 18 U.S.C. § 2314)

The Grand Jury charges:

1. From in or around June 7, 2024, through on or about June 9, 2024, in the Northern District of Ohio, Eastern Division, Defendant, TIMOTHEY MCCRARY, did unlawfully transport, transmit, and transfer in interstate commerce from the State of Ohio to the State of Florida, any stolen goods, wares, and merchandise, to wit: medical equipment and/or medication, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

COUNT 2
(Wire Fraud, 18 U.S.C. § 1343)

The Grand Jury further charges:

2. From in or around May 21, 2024, through on or about June 9, 2024, in the Northern District of Ohio, Eastern Division, Defendant, TIMOTHEY MCCRARY, did knowingly devise or intended to devise any scheme or artifice to defraud J.D., to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises,

transmitted or caused to be transmitted by means of wire communication in interstate or foreign commerce, any writing or pictures for the purpose of executing such scheme or artifice.

## MANNER AND MEANS

3. It was part of the scheme or artifice that:

    a. MCCRARY offered to sell medical equipment and/or medication stolen from Blurred Lines Beauty, LLC, at 5000 Higbee Ave., N.W., Canton, Ohio, to J.D. in Boca Raton, Florida. MCCRARY did not inform J.D. that the medical equipment and/or medication were stolen. MCCRARY falsely represented to J.D. that MCCRARY was authorized to sell such items to J.D.

    b. From on or about May 21, 2024, through on or about June 9, 2024, MCCRARY sent emails to J.D. regarding the sale of the stolen medical equipment and/or medication.

    c. From on or about May 21, 2024, through on or about June 9, 2024, MCCRARY communicated via telephone with J.D. regarding the sale and delivery of the stolen medical equipment and/or medication.

    d. As a result of this activity, MCCRARY defrauded and attempted to defraud J.D. out of money and property.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.